

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2016

No. 04-16-00479-CR

Ryan Ricardo **LIGHTEARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 499797
The Honorable Crystal D. Chandler, Judge Presiding

# O R D E R

A motion to dismiss this appeal was filed on August 3, 2016. The motion to dismiss does not comply with Rule 42.2(a) because it is not signed by the appellant's attorney of record, John Ritenour, Jr., who was appointed to represent appellant on appeal. *See* TEX. R. APP. P. 42.2(a) (providing the appellate court may dismiss an appeal in a criminal case upon the appellant's written motion if it is signed by both the appellant and his attorney). Accordingly, the motion to dismiss is DENIED for failure to comply with Rule 42.2(a), without prejudice to re-filing of a motion to dismiss that complies with Rule 42.2(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court